United States District Court
Eastern District of Wisconsin

18-C-1732

Gretchen M. Mares, 2018 OCT 31 P 12:38
Plaintiff,                    Case No.
                STEPHEN C. DRIES
                    CLERK
v.

United States,              **REQUEST FOR AN**
    Defendant.              **EMERGENCY PERMANENT**
                            **INJUNCTION**

## JURISDICTION

Under U.S. Code it is a matter under the U.S. Constitution, federal laws or treaties. A Federal Program.

## PARTIES

Plaintiff:
   Gretchen M. Mares, pro se
   13070 W. Bluemound Rd. #201
   Elm Grove, WI 53122
   414-379-4081

Defendant:
   United States
   c/o Gregory J. Handstad, Esq.
   U.S. Attorney for the Eastern District of Wisconsin
   517 E. Wisconsin Ave. #530
   Milwaukee, WI 53202
   414-297-1700
   (Federal Programs/school, unknown to Plaintiff)

# FACTS

1. Plaintiff is a non-consentual participant in a discriminatory and unconstitutional Federal program/school which deprives Plaintiff of all Civil Liberties enjoyed by her fellow citizens, including but not limited to her 1st, 3rd, 4th, 9th and 19th amendment rights. Uncompensated since 2009, it likewise relegates her to servitude. Much like a "Jim Crow" law of the south it deprives her of all civil liberties enjoyed by her fellow citizens. This one U.S. citizen is in need of a protective order from this law; an emergency permanent injunction immediately.

2. Prior to this U.S. Code or Executive Order, the Federal program/school began as the result of a crime through the course of her employment at von Briesen + Roper, s.c., Milwaukee, WI. *also see Exhibit A, stolen Petition for Writ of Certiorari from Supreme Court in the October 2016 case I filed. Administrators/staff have admitted stealing my petition in violation of my 1st and 4th amendments.

3. Christy A. Brooks, Esq. of von Briesen + Roper, s.c. has recently admitted to Joyce Garbaciak of ABC Channel 12 news, Milwaukee, that the program/school is a fraud; there is no (law) school, no purpose, no point, no accreditations, training, etc. The plaintiff was already highly educated (Georgetown University and graduate school) and accomplished (INTERPOL- U.S. Department of Justice, American Bar Association, Washington D.C. and the White House Christmas card list).

2.

4. There is a continued and imminent threat to the life, health and well-being of the Plaintiff both physically and emotionally.

5. Plaintiff is a 46 year old woman in deteriorating health, suffering with two stress-related heart conditions, a history of cervical cancer presently untreated for five years and an untreated life-threatening bacterial cyst condition, causing traumatic pain every 2-3 weeks and having nearly bled to death twice. I am in dire need of antibiotic but requires the safe removal of the technology in my left ear.

6. Administrators and staff of this Federal program/school continue to make decisions which pose serious and life-threatening risks to the Plaintiff. The program/school further engages in terrorizing and torturous tactics, creating an emotionally abusive and physically stressful environment, endangering my deteriorated heart health and risking cerebral hemorrhage

7. Plaintiff has lacked any and all privacy over the last decade as the media and others are required to watch on in her home, car etc., including in her bedroom, shower, toilette creating a degrading and highly stressful environment detrimental to her health and heart conditions, triggering her arrhythmia every day and is may confined to a chair.

3.

8. Plaintiff is not only deprived of any and all resources by this program/school, she is further deprived of antibacterial products, essentials and healthcare necessary to protect her life. This program must come to an end so I can obtain the medical treatment and antibiotic meds; eliminating any further risk to my life.

9. It has been confirmed by the press that the Defendant has been using classified technologies to terrorize and torture the Plaintiff over the last six years; deteriorating the Plaintiff's physical health completely. The technology currently placed in the Plaintiff's left ear is utilized to torture and abuse the Plaintiff 24/7; 365 days of the year for the last three years. The use of this technology has taken a serious toll on her heart and health both physically and emotionally, as the Plaintiff has suffered massive cardiac events over this period of time, including a confirmed heart attack by the Defendant's consulting physician. Likewise, ladden with bacteria accumulated over the last six years, the continued use of this technology poses a life-threatening risk to Plaintiff's untreated bacterial cyst condition which randomly causes cerebral hemmoraging,

4.

internal bleeding, infection, seizures, vertigo, excruciating pain and brain tumor-like formations. Plaintiff cannot obtain an antibiotic to erradicate the bacterial infection until this technology is first removed.

10. Plaintiff contends the Defendant engages in self-appropriation which allows the Defendant to unconstitutionally facilitate this Federal program/school by funneling its costs through other agencies such as the Social Security Administration and Department of Defense; budgets deemed by Congress to meet their expenses, not those of this program/school.

11. Plaintiff is deprived by this program/school of any and all resources to accurately facilitate, research and/or produce documents relative to her 1st amendment right to redress grievances. Plaintiff is further prevented from obtaining legal counsel to represent her interests.

12. Plaintiff has been poverty stricken by the Defendant for nearly a decade; deprived of all civil liberties, privacy and her ability to live her life freely.

5.

**RELIEF** * My husband to be is Officer John Sanford of the Milwaukee Police Department, we have been prevented from marrying for four years. He has not eaten since January, suffering with pneumonia and near death. Program administrators must be compelled to call 911 immediately with proper instructions, having blocked his 911 call in February, 2018. Please issue this Order immediately to protect his life, each minute is crucial.

**RELIEF**

Therefore, the Plaintiff respectfully requests that this Court grant her Request for an Emergency Permanent Injunction, immediately restoring all civil liberties and stripping this program of all power, authority, resources and technologies. Defendant is to make arrangements respectful of the Plaintiff's expressed wishes to have the technology safely removed from her head and verified by confirming physicians. This law to be made null and void immediately. 72 hours for media to switch on and listen only or until safe removal from my head full of bacteria.

Plaintiff further requests future revised pleadings reflecting her name change and Restraining Orders on behalf of both, her and her (future) husband, John Sanford. The U.S. Attorney's Office to work with the Plaintiff to prepare said Orders and provide a comprehensive list of all applicable individuals and addresses of those associated with this program for this Court's review and signature.

Respectfully requested this 31st day of October, 2018.

Gretchen M. Mares, pro se

13070 W. Bluemound Rd #201
Elm Grove, WI 53122
414-379-4081