# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

GRETCHEN M. MARES,

               Plaintiff,

v.

UNITED STATES OF AMERICA,

               Defendant.

Case No. 18-CV-1732-JPS

**ORDER**

      Plaintiff filed this action on October 31, 2018. (Docket #1). She asserts wild and delusional allegations that the United States government is watching her all of the time and is torturing her via a device inserted in her ear. *Id.* She asserted the same claims in a case filed in February of this year. *See Gretchen M. Mares v. United States of America*, 18-CV-274-JPS (E.D. Wis.).[1] Indeed, the complaint in this case appears to be the same document as the complaint filed in the prior case, save for a few interlineations. *Compare* 18-CV-274, (Docket #1) *with* 18-CV-1732, (Docket #1).

      The prior case was dismissed as frivolous and with prejudice. 18-CV-274, (Docket #5). That meant that these claims cannot be raised again in another lawsuit. Plaintiff has apparently decided to ignore that directive by filing the instant action. The Court will, therefore, deny Plaintiff's motion for leave to proceed *in forma pauperis* and again dismiss this action with prejudice pursuant to 28 U.S.C. § 1915(e). Additionally, the Court will fine Plaintiff in the amount of $500. Until she pays that sanction, the Clerk of the

---

[1]Similarly frivolous claims were also asserted two years ago. *Gretchen M. Mares v. United States et al.*, 16-CV-1445-JPS (E.D. Wis.).

Court in this District shall return, unfiled, any papers submitted by Plaintiff except for those in defense of a federal criminal case or applying for a writ of habeas corpus. *Bradley v. Wis. Dep't of Children & Families*, 715 F. App'x 549, 550 (7th Cir. 2018), citing *Support Sys. Int'l v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995). Plaintiff may move the Court, no earlier than two years from the date of this Order, to rescind or modify this filing ban.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* (Docket #2) be and the same is hereby is **DENIED**;

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B); and

**IT IS FURTHER ORDERED** that Plaintiff is fined in the amount of $500. Until she pays that fine in full, the Clerk of the Court of this District is directed to return unfiled any papers submitted by Plaintiff except for those in defense of a federal criminal case or applying for a writ of habeas corpus.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 5th day of November, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge